FILED

2008 AUG 18 PM 4: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. C CALIF
LOS ANGELES

BY _____

1 John H. Weston (SBN: 46146)
johnhweston@wgdlaw.com
2 G. Randall Garrou (SBN: 74442)
randygarrou@wgdlaw.com
3 WESTON, GARROU, WALTERS
& MOONEY
4 12121 Wilshire Blvd. Suite 900
Los Angeles, California 90025-1176
5 Telephone: (310) 442-0072
Facsimile: (310) 442-0899
6
Marc J. Randazza (Pro Hac Vice Pending)
7 Florida Bar No. 625566
Massachusetts Bar No. 651477
8 mrandazza@firstamendment.com
Weston, Garrou, Walters & Mooney
9 781 Douglas Avenue
Altamonte Springs, FL 32714
10 Telephone: (407) 975-9150
Facsimile: (407) 774-6151
11
Attorneys for Plaintiff
12 SOLID HOST, NL

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLID HOST, NL | Case No. CV08-05414 |
| Plaintiff, | PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES |
| vs. | |
| NAMECHEAP, INC., a Delaware Corp. d/b/a Namecheap and Whois Guard Protected; DEMAND MEDIA, INC., a Washington Corp. with its principal place of business in Los Angeles, d/b/a eNom, and JOHN DOE 1 | |
| Defendants. | |

MMM (Ex)

The undersigned, counsel of record for Plaintiff Solid Host, NL, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | | |
|---|---|---|
| 1 | 1. | Solid Host, NL, Plaintiff |
| 2 | 2. | Andre Van Vliet, Principal of Plaintiff corporation |
| 3 | 3. | Weston, Garrou, Walters & Mooney, Attorneys for Plaintiff |
| 4 | 4. | John H. Weston, Esq., Attorney for Plaintiff |
| 5 | 5. | G. Randall Garrou, Esq., Attorney for Plaintiff |
| 6 | 6. | Marc J. Randazza, Attorney for Plaintiff |
| 7 | 7. | NameCheap, Inc., a Delaware Corporation, Defendant |
| 8 | 8. | NameCheap, a subsidiary of NameCheap, Inc., Defendant |
| 9 | 9. | WhoisGuard, a subsidiary of NameCheap, Inc., Defendant |
| 10 | 10. | Demand Media, Inc., a Washington Corporation, Defendant |
| 11 | 11. | eNom, a subsidiary of Demand Media, Inc., Defendant |
| 12 | 12. | John Doe 1, Defendant |
| 13-14 | 13. | Rome & Associates, Attorney for Defendant NameCheap, Inc. dba NameCheap and WhoisGuard |
| 15-16 | 14. | Eugene Rome, Esq., Attorney for Defendant NameCheap, Inc. dba NameCheap and WhoisGuard |
| 17-18 | 15. | Sarah Akhtar, Esq., Attorney for Defendant Demand Media, Inc. dba eNom |

Dated: August 18, 2008

John H. Weston
G. Randall Garrou
Marc J. Randazza (Pro Hac Vice pending)
WESTON, GARROU, WALTERS
& MOONEY


By: _____GR Garrou_____
G. Randall Garrou
Attorneys for Plaintiff SOLID HOST, NL