Marc J. Randazza
Weston Garrou Walters & Mooney
781 Douglas Avenue
Altamonte Springs, FL 32714

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Solid Host, NL | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 08-05414 MMM (Ex) |
| v. | |
| Namecheap, Inc. et al | **NOTICE OF** |
| | ☐ Filing Fee Due on Pro Hac Vice Application |
| DEFENDANT(S). | ☑ Pro Hac Vice Application and Filing Fee Due |

To: Marc J. Randazza 407-975-9150

Please take notice that:

☐ Your *Pro Hac Vice* application, filed / lodged on _____ has been filed and granted by the court. As of today's date, the court has not yet received the application fee of $185.00. Please remit the fee and this notice immediately.

☑ Your *Pro Hac Vice* application has not been received by the court. Please return your completed application (form enclosed) along with the $185.00 fee and this notice immediately.

Please complete the **"Return"** portion of this form and return it and your fee in the form of a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major America bank or the United States Postal Service, made checks payable to "U.S. District Court". The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued. Mail fee and/or application to:

Clerk, U.S. District Court
Attn: Fiscal
312 N. Spring Street, Rm. G-8
Los Angeles, CA 90012

Clerk, U. S. District Court

AUGUST 18, 2008              By E. TAMAYO
Date                                         Deputy Clerk

NOTE:   *The judge to whom this case is assigned will be notified if the fee, completed application or notification of active membership in the Central District of California or proof of payment is not received within thirty (30) days of the date of this notice.*

----

**RETURN**

Please check applicable box and return this notice with referenced documentation and/or fee.:

☐ I am currently an active member of the California State Bar and am enclosing an admission application for the United States District Court, Central District of California, and the fee instead of the *pro hac vice* application. Application for admission may be obtained from the court's website at **www.cacd.uscourts.gov**. Please include your California State Bar number on all subsequent documents filed (Local Rule 11-3.8).

☐ I am an active member of the bar for the United States District Court, Central District of California. My California State Bar number is _____. *(Note: Only if this section applies to you, please fax this to the Attorney Admission Clerk at (213) 894-2342).*

☐ My *pro hac vice* fee of $185.00 is enclosed.

☐ My *pro hac vice* application and fee are enclosed.

☐ My *pro hac vice* application is enclosed. The fee is not enclosed because I am an attorney for the United States, _____ *(please indicate the department or agency name).*

☐ My *pro hac vice* fee was previously paid. *(Please fax proof of payment to the Fiscal Section at (213) 894-4535.)*

G-109 (12/07)          NOTICE OF FILING FEE DUE UPON PRO HAC VICE APPLICATION