1  John H. Weston (SBN: 46146)
   johnhweston@wgdlaw.com
2  G. Randall Garrou (SBN: 74442)
   randygarrou@wgdlaw.com
3  Weston, Garrou, Walters & Mooney
   12121 Wilshire Blvd. Suite 900
4  Los Angeles, California 90025-1176
   Telephone: (310) 442-0072
5  Facsimile: (310) 442-0899

6  Marc J. Randazza (Pro Hac Vice Pending)
   Florida Bar No. 625566
7  Massachusetts Bar No. 651477
   mrandazza@firstamendment.com
8  Weston, Garrou, Walters & Mooney
   781 Douglas Avenue
9  Altamonte Springs, FL 32714
   Telephone: (407) 975-9150
10 Facsimile: (407) 774-6151

11 Attorneys for Plaintiff
   SOLID HOST, NL

12

13                **UNITED STATES DISTRICT COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA**

15 SOLID HOST, NL                )
                                 )  Case No. CV 08-5414 MMM (Ex)
16                               )
         Plaintiff,              )  **SUPPLEMENTAL**
17                               )  **DECLARATION OF MARC J.**
         vs.                     )  **RANDAZZA  IN SUPPORT OF EX**
18                               )  **PARTE APPLICATION FOR TRO**
   NAMECHEAP, INC., etc., *et al.*,  )  **AND OSC RE PRELIMINARY**
19                               )  **INJUNCTION.**
         Defendants.            )
20 _____)

21

22      My name is Marc J. Randazza  I am over the age of 18 and have personal

23 knowledge of, and am competent to testify to, the following facts:

24      1.  I make this Supplemental Declaration in support of Plaintiff's Ex Parte

25 Application for TRO and OSC re Preliminary Injunction.

26      2.  The Whois database is the publicly available database that reveals the

27 contact information for who owns a domain name.

28

PRG7069.DOC

3.  Each domain registrar is required to provide access to the Whois database, free of charge to any user.

4.  A true and correct copy of the Whois record for the domain <solidhost.com>, as accessed through the eNom Whois portal is attached to this supplemental declaration as Exhibit A.

5.  The WHOIS record for <solidhost.com> shows that the ICANN Registrar is ENOM, Inc.  See Exhibit A.

6.  The WHOIS record for <solidhost.com> shows that the registrant is "WhoisGuard, WhoisGuard Protected, 8939 S. Sepulveda Blvd. #110 – 732, Westchester, CA 90045," a defendant in this action and a resident of the Central District of California.

7.  WhoisGuard / WhoisGuard Protected is a dba of NameCheap as evidenced in Paragraph 21 of the NameCheap registration agreement, which is Exhibit B to my initial declaration.

8.  The Whois record shows the exact date and time that John Doe 1 executed his theft of <solidhost.com>.  This information is the "updated-date:: 2008-08-04 20:35:54.000.   See Exhibit A.

9.  When I emailed info@solidhost.com on August 8, 2008, I did not provide a contact phone number.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of August, 2008.

_____

Marc J. Randazza

PRG7069.DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A

**Database record of Registrar eNom Showing**

**Date and Time of John Doe 1's Theft of <solidhost.com>**

PRG7069.DOC



**Total Domain Names on the eNom Platform: 11,447,210**

Apply for a reseller account  |  log-in

whois  |  help

> DOMAINS > **whois**

# Search the WHOIS database:

[                                    ]   **search**

Ex. name.com, sample.ca, example.co.uk, myname.net

## Results for solidhost.com

### TLD Availability

☐ solidhost.ws                  ☐ solidhost.us

☐ solidarmy.net                 ☐ solidquest.com

☐ solidquest.net                ☐ solidlegion.com

View More Available TLDs                          **Add To Cart**

**Protect yourself with ID Protect**
Choose ID Protect to hide your WHOIS contact information from public view. Learn More

## WHOIS Information                              Backorder Domain

Visit AboutUs.org for more information about solidhost.com
AboutUs: solidhost.com

Registrant:
WhoisGuard
WhoisGuard Protected
8939 S. Sepulveda Blvd. #110 - 732

Westchester CA, 90045 US

Administrative:
WhoisGuard
WhoisGuard Protected
8939 S. Sepulveda Blvd. #110 - 732

Westchester CA, 90045 US
Phone: +1.6613102107
Fax: +1.6613102107
a414c67e7b084c8dadd1a32d082ffb8c.protect@whoisguard.com

Technical:
WhoisGuard
WhoisGuard Protected
8939 S. Sepulveda Blvd. #110 - 732

Westchester CA, 90045 US
Phone: +1.6613102107
Fax: +1.6613102107
a414c67e7b084c8dadd1a32d082ffb8c.protect@whoisguard.com

nameserver:
NS2.SOLIDHOST.COM









REGISTER A DOMAIN

[                    ] GO

example: new-domain.com

QUESTIONS?

Call Us At
**425.274.4500**

NS1.SOLIDHOST.COM

updated-date: 2008-08-04 20:35:54.000

created-date: 1998-07-13 04:00:00.000

registration-expiration-date: 2016-07-12 04:00:00.000

status:
registrar-lock

domain: solidhost.com

Please Note: Access to eNom's Whois information is for informational purposes only. eNom makes this information available "as is," and does not guarantee its accuracy. The compilation, repackaging, dissemination or other use of eNom's Whois information in its entirety, or a substantial portion thereof, is expressly prohibited without the prior written consent of eNom by accessing and using our Whois information, you agree to these terms.

Backorder Domain

## Available Domains

| | |
|---|---|
| ☐ solidlegion.net | ☐ firmarmy.com |
| ☐ firmarmy.net | ☐ solidhostonline.net |
| ☐ solidadult.com | ☐ solidadult.net |
| ☐ firmquest.com | ☐ firmquest.net |
| ☐ ciergehost.com | ☐ ciergehost.net |
| ☐ mysolidhost.com | ☐ mysolidhost.net |
| ☐ thesolidhost.com | ☐ thesolidhost.net |

View More Available Domains                                  **Add To Cart**

---

welcome to eNom | services | news | pricing | statistics | maintenance | about us | careers | press releases | whois | sitemap | privacy

© eNom inc. 1998-2008 · Terms and Conditions
Partners: Try this whois

User's Choice Award   

demand MEDIA Services