1  GREENBERG TRAURIG, LLP
   JEFF E. SCOTT (SBN 126308)
2  2450 Colorado Avenue, Suite 400E
   Santa Monica, California 90404
3  Telephone: (310) 586-7700
4  Facsimile: (310) 586-7800
   E-mail: Scottj@gtlaw.com
5

6
   GREENBERG TRAURIG, LLP
7  DANIEL D. RUBINSTEIN (SBN 178896)
   77 West Wacker Drive, Suite 2500
8  Chicago, IL 60601
   Telephone: (312) 456-8400
9  Facsimile: (312) 456-8435
10 Email: rubinsteind@gtlaw.com

11 Attorney for Defendant
   DEMAND MEDIA, INC., d/b/a eNom
12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15

16 | SOLID HOST, NL                      | CASE NO. CV 08-05414 MMM (Ex)
17 |                                     |
   |         Plaintiff,                  |
18 |                                     | **NOTICE OF INTERESTED
   |   vs.                               | PARTIES**
19 |                                     |
   | NAMECHEAP, INC., a Delaware         |
20 | Corp. d/b/a Namecheap and Whois     |
   | Guard Protected; DEMAND MEDIA,      |
21 | INC., a Washington Corp., d/b/a     |
   | eNom,                               |
22 |                                     |
23 |         Defendants.                 |

24
25
26
27
28

Pursuant to United States District Court, Central District of California Local Rule 7.1-1, the undersigned counsel of record for Defendant Demand Media, Inc., d/b/a eNom certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Demand Media, Inc., d/b/a eNom
2. Solid Host, NL
3. NAMECHEAP, INC. d/b/a Namecheap and Whois Guard Protected.

DATED: August 27, 2008                    GREENBERG TRAURIG, LLP

By /s/ *Jeff E. Scott*
Jeff E. Scott
Attorneys for DEMAND MEDIA, INC., d/b/a eNom