ROME & ASSOCIATES, A.P.C.
Eugene Rome (SBN 232780)
Email: erome@romeandassociates.com
11845 West Olympic Boulevard, Suite 1035
Los Angeles, California 90064
Telephone: (310) 445-4080
Facsimile: (310) 445-4082

Attorneys for Defendant
NAMECHEAP, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLIDHOST, NL,<br><br>Plaintiff,<br><br>vs.<br><br>NAMECHEAP, INC., a Delaware Corp. d/b/a Namecheap and Whois Guard Protected; DEMAND MEDIA, INC., a Washington Corp. with its principal place of business in Los Angeles, d/b/a eNom, and JOHN DOE 1,<br><br>Defendants. | CASE NO. CV 08-05414 MMM (Ex)<br><br>**DEFENDANT NAMECHEAP, INC.'S CERTIFICATION OF INTERESTED PARTIES** |

The undersigned counsel of record for Defendant NameCheap, Inc., d/b/a WhoisGuard ("NameCheap") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    SolidHost, NL, Plaintiff;

    2.    Andre Van Vliet, Principal of Plaintiff;

3. Weston, Garrou, Walters & Mooney, Attorneys for Plaintiff;

4. John H. Weston, Attorney for Plaintiff;

5. G. Randall Garrou, Attorney for Plaintiff;

6. Marc J. Randazza, Attorney for Plaintiff;

7. Defendant NameCheap, Inc., a Delaware corporation, d/b/a WhoisGuard;

8. Richard Kirkendall, principal of Defendant NameCheap, Inc.;

9. Rome & Associates, A.P.C., Attorney for Defendant NameCheap, Inc.;

10. Eugene Rome, Attorney for Defendant NameCheap, Inc.;

11. Demand Media, a Washington corporation, d/b/a eNom;

12. Greenberg Traurig, LLP, Attorney for Defendant Demand Media, Inc.;

13. Shoba Pillay, Attorney for Defendant Demand Media, Inc., d/b/a eNom;

14. Paul McGrady, Attorney for Defendant Demand Media, Inc., d/b/a eNom;

15. Daniel Rubenstein, Attorney for Defendant Demand Media, Inc., d/b/a eNom;

16. Sarah Akhtar, Attorney for Defendant Demand Media, Inc., d/b/a eNom;

17. Expanding Telecom, entity form unknown, registrant of the domain name at issue in this litigation;

18. Maria Ediluza de Souza, agent of the registrant of the domain name at issue in this litigation; and

///
///
///
///
///

1      19.    John Doe 1, Defendant.

3  Dated: September 8, 2008           **ROME & ASSOCIATES, A.P.C.**
                                             Eugene Rome

                                             By: _____
                                                     EUGENE ROME
                                           Attorneys for Defendant NAMECHEAP, INC.

**DEFENDANT NAMECHEAP, INC.'S CERTIFICATION OF INTERESTED PARTIES**