John H. Weston (SBN: 46146)
johnhweston@wgdlaw.com
G. Randall Garrou (SBN: 74442)
randygarrou@wgdlaw.com
Weston, Garrou, Walters & Mooney
12121 Wilshire Blvd. Suite 900
Los Angeles, California 90025-1176
Telephone: (310) 442-0072
Facsimile: (310) 442-0899

Attorneys for Plaintiff
SOLID HOST, NL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOLID HOST, NL<br><br>  Plaintiff,<br><br>  vs.<br><br>NAMECHEAP, INC., etc., *et al.*,<br><br>  Defendants. | Case No. CV 08-5414 MMM (Ex)<br><br>**DECLARATION OF MARC RANDAZZA IN SUPPORT OF EX PARTE APPLICATION FOR ORDER RECOGNIZING SUFFICIENCY OF ATTEMPTS AT ALTERNATIVE SERVICE ON FOREIGN DEFENDANT JOHN DOE, ETC.** |

**28 U.S.C . 1746**

I, Marc Randazza, declare under penalty of perjury as follows::

1.  Up until earlier this month, I was a lawyer in the law firm of Weston, Garrou, Walters & Mooney, counsel for Plaintiff Solid Host, NL in the above-referenced matter, working in their Altamonte Springs, Florida office. In that capacity I was one of three attorneys working on the current action, was the initial attorney having contact with our client, and was the sole attorney having contact with defendant John Doe, then known to me variously as either "Marcello" or "Mario."

2.  My previous interaction with defendant Doe is documented in more detail in Doc. 7 herein (Declaration of Movant's Attorney Under Fed.R.Civ.P.65(b)(1)(B) in Support of TRO Without Notice). As I will summarize, the sole method by which he was communicating to my client was through the email address of mario.stoker@gmail.com.

PRG7359.DOC

3. Specifically, in early August of 2008, I received from my client copies of a number of emails defendant Doe had sent him on August 4th, 5th, 6th and 7th, 2008, all from the email address mario.stoker@gmail.com, and all signed by "Mario." A copy of those emails is attached hereto as Exhibit A. In those emails, Doe demanded $12,000 from my client for the return of my client's domain.

4. I subsequently contacted Doe through a different email address at the solidhost.com domain over which Doe then had control, asking him the price that he wanted from my client to get back his domain. Doe never responded to me from that email address but, instead, contacted me by phoning my cell phone (even though I had never communicated my cell phone's number to Doe). My caller ID said that he had called from "588-551-3131." I further determined that his call to me came from a phone number registered in Venezuela. In our phone call he described himself to me solely as "Marcello." He gave the same $12,000 figure to me that had been communicated to my client by the prior emails sent from mario.stoker@gmail.com. He did not provide me with any additional contact information, and never contacted me again.

5. On August 27, 2008 at 9:38 p.m., I sent a copy of all documents in this case to mario.stoker@gmail.com, which was the sole email address from which the defendant had communicated to my client (and one from which he has sent multiple emails). The package I sent him by email included the summons, the complaint, the civil cover sheet, the ex parte application for temporary restraining order, the proposed order, and all the other initial documents we had then filed with the court. A true copy of the email I sent him on that date is attached hereto as Exhibit B. I received no response to that email.

6. To the best of my recollection, I also never received any email notice stating that my email had been undeliverable, and I believe that no such notice was ever sent to me.

PRG7359.DOC

7. On September 4, 2008, we were first provided by defendant NameCheap, Inc. with the contact information Doe had provided to NameCheap when he enlisted NameCheap to register the solidhost.com domain for him. That contact information included an actual street address in Brazil, as well as a *third* name for this defendant. The name and street address provided were:

Maria Ediluza de Souza

Expanding Telecom

Rua Dr. Homem de Melo

Sao Paulo

BR /05007-002

8. On September 22, 2008, I sent a letter to Doe under the name "Maria Ediluza de Souza" at the above address provided by NameCheap. It was sent by Federal Express and included all the court documents filed through that date, including the summons and complaint. A copy of that letter (without its attachments) is attached hereto as Exhibit C.

9. On September 25, 2008, my secretary, Jessica Aponte, sent me an email informing me that she had just heard from Federal Express regarding the above shipment, and that Doe apparently had moved from that address 6 months ago. A copy of that email is attached hereto as Exhibit D. This means that the street address provided to NameCheap by Doe was probably invalid even at the time it was first provided.

10. I am informed that Federal Express then made a second attempt to deliver that letter, this time to an alternate address in Brazil that either my staff or Federal Express said might be valid for the defendant (this was 1075# SL 2, Perdizes, Brazil 05007), but that this delivery attempt was also unsuccessful because it proved to be what Federal Express again described as an "incorrect address.". We were then informed by Federal Express that the party at 1075# SL 2, Perdizes, Brazil

PRG7359.DOC

05007 had, once again, moved from that location approximately six months prior to the delivery attempt.

    11.   I know of no other possible physical address which might be used in an attempt to reach defendant Doe.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July, 2009, within the United States of America.

_____
Marc Randazza

# EXHIBIT A

emails between Mario Stoker and Andre Van Vliet
of August 4, 5, 6 and 7, 2008

PRG7359.DOC

From: Marco Randazza <mrandazza@firstamendment.com>
Subject: **Exhibit C**
Date: August 9, 2008 4:37:08 PM EDT

---

Date: Thu, 7 Aug 2008 04:44:42 -0700
From: mario.stoker@gmail.com
To: dre-1985@live.nl
Subject: Re: domain

your decision

On Thu, Aug 7, 2008 at 4:23 AM, Andre van Vliet <dre-1985@live.nl> wrote:

> Mario,
>
> This will have to go through escrow. You first hijack our domain and then expect us to trust you? Clearly doesn't work that way. We will need escrow, no matter what.
>
> Andre van Vliet
> SolidHost CEO

---

Date: Thu, 7 Aug 2008 03:52:29 -0700

From: mario.stoker@gmail.com
To: dre-1985@live.nl
Subject: Re: domain

Andre,

We give this another 24 hours for you to make a decision. After that time I will cancel my offer to you and keep the domain.

Namecheap doesn't offer an escrow service.

My offer is to wire the money directly into the owner's account. Once we received the amount we will send you the EPP code. I can't help you with it any further you need to trust here.

Mario

On Wed, Aug 6, 2008 at 9:13 AM, Andre van Vliet <dre-1985@live.nl> wrote:

> Yes I am seriously interested. Enom's escrow would work fine. Also - if you would still like to place a link on the website as proposed, please do put a link to www.solidhost.nl there.
>
> Also - the owners of Leaseweb and EuroVPS have both called me directly and asked me what those links are about, they appear to have no knowledge about this whatsoever and they are urging me/you to remove those links immediately. If you could - for now - remove those links and put a link to solidhost.nl there instead, that would help a lot and would also increase the chances of us buying back the hijacked domain significantly.
>
> ---
>
> Date: Wed, 6 Aug 2008 08:59:44 -0700
>
> From: mario.stoker@gmail.com
> To: dre-1985@live.nl
> Subject: Re: domain

if you are seriously interested I can ask the owner to contact you. which escrow do you want to use?

On Wed, Aug 6, 2008 at 7:33 AM, Andre van Vliet <dre-1985@live.nl> wrote:

> Mario,
>
> I haven't heard back anything from you in the past 26 hours...
>
>
> Andre van Vliet
> SolidHost CEO
>
> ---
>
> Date: Tue, 5 Aug 2008 05:44:53 -0700
>
> From: mario.stoker@gmail.com
> To: dre-1985@live.nl
> Subject: Re: domain
>
> if you have no faith in this transaction we could use a trustee account with enom or another registrar. they can certainly help here
>
> mario
>
> On Tue, Aug 5, 2008 at 2:18 AM, Mario Stoker <mario.stoker@gmail.com> wrote:
>
>> we received another offer for the domain please let us know how to proceed here.
>> we linked a few companies on the website, do you want a link as well?
>>
>>
>> On Mon, Aug 4, 2008 at 8:33 AM, Andre van Vliet <dre-1985@live.nl> wrote:
>>
>>> Where can I send this money?
>>>
>>> ---
>>>
>>> Date: Mon, 4 Aug 2008 08:18:20 -0700
>>>
>>> From: mario.stoker@gmail.com
>>> To: dre-1985@live.nl
>>> Subject: Re: domain
>>>
>>>
>>> we estimate the value of the domain at US$ 12000
>>> this is not negotiable and valid for 48 hours
>>>
>>> On Mon, Aug 4, 2008 at 7:59 AM, Andre van Vliet <dre-1985@live.nl> wrote:
>>>
>>>> Mario,
>>>>
>>>> You did steal our domain name as we never transferred anything to you at all.
>>>>
>>>> Name me your price.
>>>>
>>>> Andre van Vliet
>>>> SolidHost CEO
>>>>
>>>> ---
>>>>
>>>> Date: Mon, 4 Aug 2008 07:45:21 -0700
>>>> From: mario.stoker@gmail.com

To: dre-1985@live.nl
Subject: domain

hello andre,

I find it strange that you are now accusing us of stealing your domain after you transfered it to us. Haven't you been happy with the deal?

What we could do is that you make us an offer.

how about that? i think if we hurry we can move the domain this week.

mario

Express yourself instantly with MSN Messenger! MSN Messenger

Express yourself instantly with MSN Messenger! MSN Messenger

Express yourself instantly with MSN Messenger! MSN Messenger

Express yourself instantly with MSN Messenger! MSN Messenger

Express yourself instantly with MSN Messenger! MSN Messenger

Express yourself instantly with MSN Messenger! MSN Messenger

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

email from Marc Randazza to mario.stocker@gmail.com
on August 27, 2008 serving summons, complaint, civil cover sheet,
ex parte application for TRO, proposed order
and all other initial documents then filed

PRG7359.DOC

## Jessica Aponte

| | |
|---|---|
| **From:** | Marc [MRANDAZZA@FIRSTAMENDMENT.COM] |
| **Sent:** | Wednesday, August 27, 2008 9:38 PM |
| **To:** | mario.stoker@gmail.com |
| **Cc:** | jessica@firstamendment.com |
| **Subject:** | Solid Host, NL v. Demand Media, et al, U.S. Dt.Ct. C.D.Cal. No. 08-cv-5414 (MMM) Service of process and TRO |
| **Attachments:** | [#06] Ex Parte Application for OSC and TRO.pdf; Civil Cover Sheet.pdf; Plaintiff's Certification as to Interested Parties.pdf; [#01] Complaint.pdf; [#05-2] Proposed Order re Application to Appear Pro Hac Vice.pdf; [#05] Application to Appear Pro Hac Vice.pdf; [#06-2] Proposed TRO and OSC.pdf; [#14] Order Granting Plaintiff's TRO in Part.pdf; Summons to Namecheap, Inc.pdf; [#10] Supplemental Decl. of Van Vliet in Support of App. for TRO.pdf; [#07] Declaration of Movant's Attorney in Support of TRO Without Notice.pdf; [#08] Declaration of Van Vliet in Support of App. for TRO and Prelim. Inj..pdf; [#09] Supplemental Decl. of Randazza in Support of Application for Ex Parte for TRO and OSC.pdf; ATT00022.htm |

      

[#06] Ex Parte Application for... | Civil Cover Sheet.pdf (515 KB) | Plaintiff's Certification as t... | [#01] Complaint.pdf (428 KI | [#05-2] Proposed Order re Appl... | [#05] Application to Appear Pr... | [#06-2] Proposed TRO and OSC.p...

      

[#14] Order Granting Plaintiff... | Summons to Namecheap, Inc.pdf | [#10] Supplemental Decl. of Va... | [#07] Declaration of Movant's ... | [#08] Declaration of Van Vliet... | [#09] Supplemental Decl. of Ra... | ATT00022.htm (502 B)

Mario/Marcello:

This law firm serves as counsel to Solid Host, NL.

A lawsuit has been file against you under the name John Doe 1, and the domain name solidhost.com has been returned to our client's control.  The attached documents are the documents that have been served on the other two defendants thus far.

The most immediate of these documents for your attention is a Temporary Restraining Order (TRO) and Order to Show Cause (OSC) issued late yesterday by Judge Morrow.  The TRO required eNom to return our client's domain name, <solidhost.com> within four hours of service on eNom and eNom has now in fact complied with the order.

The Court also issued an OSC re preliminary injunction, setting up a hearing on Sept. 4th at 8 am, and it requires opposition papers, should you choose to file any, to be filed by this coming Friday, August 29th.

Attached you will find the first batch of court documents.  A second email will follow with the balance of the documents.

The particular summons attached to this email is for Defendant NameCheap, but the relevant information remains the same.  We will supply you with a personalized summons in the name of John Doe 1 unless you provide us with your real name before 12:00 noon Eastern Time tomorrow.

Marc J. Randazza
Attorney at Law
Weston, Garrou, DeWitt & Walters
781 Douglas Avenue
Altamonte Springs, FL 32714

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

Copy of letter dated September 22, 2008 from Marc Randazza to "Maria Ediluza de Souza" sent by Federal Express including all court documents then filed

PRG7359.DOC

LAW OFFICES
## WESTON, GARROU, WALTERS & MOONEY
A PARTNERSHIP OF PROFESSIONAL BUSINESS ENTITIES

JOHN H. WESTON[1‡]
G. RANDALL GARROU[1‡]
LAWRENCE G. WALTERS[2*]
JEROME H. MOONEY[1,6◊]
MARK P. BINDER[1‡]

MARC J. RANDAZZA[2,4]
DEREK B. BRETT[2,5]

OF COUNSEL
CATHY E. CROSSON[1,3]
A. DALE MANICOM[1]

1 ADMITTED IN CALIFORNIA
2 ADMITTED IN FLORIDA
3 ADMITTED IN INDIANA
4 ADMITTED IN MASSACHUSETTS
5 ADMITTED IN DISTRICT OF COLUMBIA
6 ADMITTED IN UTAH

‡ A CALIFORNIA PROFESSIONAL CORPORATION
* A FLORIDA PROFESSIONAL ASSOCIATION
◊ A UTAH PROFESSIONAL CORPORATION

781 DOUGLAS AVENUE
ALTAMONTE SPRINGS, FLORIDA 32714
FAX (407) 774-6151
(407) 975-9150

REPLY TO
FLORIDA

PRINCIPAL OFFICE
LOS ANGELES, CALIFORNIA
12121 WILSHIRE BLVD, SUITE 900
LOS ANGELES, CA 90025-1176
FAX (310) 442-0899
(310) 442-0072

SALT LAKE CITY
50 WEST BROADWAY, SUITE 1000
SALT LAKE CITY, UT 84101-2006
(801) 364-5635

SAN DIEGO
1205 J STREET, SUITE B
SAN DIEGO, CA 92101-7500
FAX (619) 239-1717
(619) 232-3255

September 22, 2008

**Via Federal Express**
Maria Ediluza de Souza
Expanding Telecom
Rua Dr. Homem de Melo
Sao Paulo, BR
05007-002

    Re:  *Solid Host, NL v. NameCheap, Inc., etc., et al.*
          Case No. 08-cv-5414
          United States District Court, Central District of California

Dear Correspondent:

    Enclosed, please find the following documents relating to the above-referenced case:

- Summons directed to John Doe 1
- Civil Cover Sheet
- Complaint
- Plaintiff's Certification as to Interested Parties
- Notice of Assignment of Magistrate
- Notice to Parties of ADR Pilot Program
- Application and Proposed Order to Appear Pro Hac Vice
- Ex Parte Application for TRO and OSC, Proposed TRO and OSC
- Declaration of Movant's Attorney in support of TRO and OSC
- Declaration of Andre Van Vliet in support of TRO and OSC
- Supplemental Declaration of Marc Randazza
- Supplemental Declaration of Andre Van Vliet
- Amended Memorandum of Points and Authorities in Support of Ex parte app. for TRO and OSC re Preliminary Injunction
- Actual court-issued TRO and OSC (Document # 14)

LAW OFFICES
WESTON, GARROU, WALTERS & MOONEY
A PARTNERSHIP OF PROFESSIONAL BUSINESS ENTITIES

Solid Host, NL v. NameCheap, Inc., etc., et al.
September 22, 2008
Page 2 of 2

Please note that enclosed documents were previously provided to Defendant John Doe 1 via e-mail to Mario.stoker@gmail.com. Subsequently, we were provided your contact information by counsel for Defendant NameCheap, Inc.

Please contact me at your earliest convenience, or have your attorney do so, should you have any questions.

Very Truly Yours,

Marc J. Randazza
MRandazza@FirstAmendment.com

MJR/ja
Encl.

**EXHIBIT D**

email of September 25, 2008 from Jessica Aponte to Marc Randazza and G. Randall Garrou advising that Federal Express was unable to deliver the documents because Doe moved from his listed address six months ago

PRG7359.DOC

## Randy Garrou

| | |
|---|---|
| **From:** | Jessica Aponte [jessica@firstamendment.com] |
| **Sent:** | Thursday, September 25, 2008 10:37 AM |
| **To:** | Randy Garrou; MRandazza@firstamendment.com |
| **Cc:** | Judy S. Kushner |
| **Subject:** | Solid Host |
| **Attachments:** | 2008.09.22 - MJR to Maria Ediluza de Souza.pdf |

Marc/Randy,

I just heard from Fed Ex, which is trying to deliver the information packet that we sent to Maria Ediluza de Souza last week. Apparently, she/John Doe 1 moved from that address 6 months ago.

What is the next step? Just include e-mail service in our Application and forget about Fed Ex, and include a paragraph in the Application stating the issue that we had trying to serve via FedEx?

Please advise.

**Jessica Aponte**
**Legal Assistant**
**Weston, Garrou, Walters & Mooney**
**781 Douglas Avenue**
**Altamonte Springs, FL 32714**
**(407) 975-9150 (Phone)**
**(407) 774-6151 (Fax)**
**www.FirstAmendment.com**

---

**IMPORTANT NOTICE: Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message. This message is intended only for the individual or individuals to whom it is directed. If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime. No confidentiality or privilege is waived or lost by any misdirection of this message. If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender by return e-mail.**

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to defendant Doe by an email sent on this 30th day of July, 2009, to marcelo@expanding.br.com (the email address obtained from defendant NameCheap, and the last known email address for defendant Doe) and also to mario.stoker@gmail.com (the only email address for defendant Doe from which he is known to have communicated).

                                                      /s/
                                      G. Randall Garrou

PRG7359.DOC