1 | John H. Weston (SBN: 46146)
johnhweston@wgdlaw.com
2 | G. Randall Garrou (SBN: 74442)
randygarrou@wgdlaw.com
3 | Weston, Garrou, Walters & Mooney
12121 Wilshire Blvd. Suite 900
4 | Los Angeles, California 90025-1176
Telephone:  (310) 442-0072
5 | Facsimile:  (310) 442-0899

6 | Attorneys for Plaintiff
SOLID HOST, NL

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

SOLID HOST, NL          )    Case No. CV 08-5414 MMM (Ex)
                        )
11 |      Plaintiff,        )    **DECLARATION OF G. RANDALL**
                        )    **GARROU IN SUPPORT OF**
12 |   vs.               )    **PLAINTIFF'S EX PARTE**
                        )    **APPLICATION FOR AN ORDER**
13 | NAMECHEAP, INC., etc., *et al.*,  )    **RECOGNIZING SUFFICIENCY**
                        )    **OF ITS ATTEMPTS AT**
14 |      Defendants.      )    **ALTERNATIVE SERVICE ON**
                        )    **FOREIGN DEFENDANT JOHN**
15 | _____)    **DOE**

16

17 | **28 U.S.C . 1746**

18 | I, G. Randall Garrou, declare under penalty of perjury as follows::

19 | 1.    I am a partner in the firm of Weston, Garrou, Walters & Mooney,

20 | counsel for Plaintiff Solid Host, NL in the above-referenced matter.

21 | 2.    I am familiar with all of our firm's attempts to identify and serve

22 | process upon defendant John Doe.

23 | 3.    Although he had provided the name Maria Ediluza de Souza when

24 | providing contact information to defendant NameCheap in order to register the

25 | domain name Solidhost.com, we have no more reason to believe that this is Doe's

26 | correct name than any of the other names he has used in connection with this matter,

27 | including "Marcelo," "Mario" and "Mario Stoker."  In addition to the attempts at

28 | service upon Doe described in the accompanying declaration of Marc J. Randazza, at

PPRG7357.DOC

1  my direction, our secretary, Jessica Aponte, additionally attempted to serve Doe at

2  the email address he provided in his contact information with NameCheap when

3  attempting to register the Solidhost.com domain, *i.e.,* Marcelo@expanding.br.com.

4      4.      Specifically, on May 29, 2009, and at my direction, our secretary,

5  Jessica Aponte, sent four successive emails to Doe at the email address Doe listed

6  with NameCheap, Marcelo@expanding.br.com.  A true copy of those four emails is

7  attached hereto as Exhibit A, though without their voluminous attachments.  These

8  emails sent all (or nearly all) the documents that had been filed by that point in this

9  case, including, most importantly, the most recently amended complaint and

10  corresponding summons.

11      5.      However, Ms. Aponte reported to me that she received notices that each

12  of the four emails came back undeliverable.  The exact wording on the messages she

13  received was, at least in part:

14      "This Message was undeliverable due to the following reason:

15      "Your message was not delivered because the destination computer
        was not reachable within the allowed queue period.  The amount
16      of time a message is queued before it is returned depends on
        local configuration parameters.

17
        "Most likely there is a network problem that prevented delivery,
18      but it is also possible that the computer is turned off, or does
        not have a mail system running right now.

19      "Your message was not delivered within 4 days and 0 hours.
20      Host expanding.br.com is not responding.

21      "The following recipients did not receive this message:

22      "marcelo@expanding.br.com"

23      6.      I know of no method of service more likely to actually reach defendant

24  Doe than those already attempted, and I believe it likely that the initial attempt of

25  email service on him by Mr. Randazza on August 27, 2009 (sent to

26  mario.stoker@gmail.com), was successful as it was not returned as undeliverable,

27  and in fact, Doe had sent at least four different emails to our client from that same

28  email address on August 4, 5, 6 and 7, 2008.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July, 2009, within the United States of America.

                  /s/_____

                  G. Randall Garrou

PRG7357.DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

Four emails sent on May 29, 2009 from Jessica Aponte to
Marcelo@expanding.br.com (not including attachments)

PPRG7357.DOC

## Jessica Aponte

| | |
|---|---|
| **From:** | Jessica Aponte [jessica@firstamendment.com] |
| **Sent:** | Friday, May 29, 2009 11:00 AM |
| **To:** | 'marcelo@expanding.br.com' |
| **Cc:** | 'mrandazza@firstamendment.com'; 'Lisa@FirstAmendment.com' |
| **Subject:** | Solid Host, NL v. NameCheap, Inc., et al. - Case No. 08-05414, Central District of California (E-mail 1) |
| **Attachments:** | [08-09-22] Letter from MJR to 'Doe' (Maria Ediluza de Souza) serving docs.pdf; [08-08-27] Email from M.Randazza to Mario Stoker (938 pm EST).pdf; [08-08-27] Email from M.Randazza to Mario Stoker (949 pm EST).pdf; Summons.John Doe 1.pdf; 001 Complaint.pdf; 002 Cert. of Interested Parties.pdf; 003 Notice re ADR Pilot program.pdf |

| **Tracking:** | Recipient | Read |
|---|---|---|
| | 'marcelo@expanding.br.com' | |
| | 'mrandazza@firstamendment.com' | |
| | 'Lisa@FirstAmendment.com' | Read: 5/29/2009 11:17 AM |

Maria Ediluza de Souza:

This email is our firm's third attempt to contact you to provide notice of a suit brought against you and others last August in the United States District Court in the Central District of California.  It is called Solid Host, NL v. NameCheap, Inc., et al, Case No. 08-cv-5414 MMM.  Our firm represents the plaintiff, Solid Host, NL.

I am the legal assistant to Marc Randazza, one of plaintiff's attorneys of record in this case.  Mr. Randazza previously sent two emails to you on August 27, 2008, attaching copies of the summons and complaint and all pleadings that had been filed in the case through that date.  A complete list of all the documents he sent you on that date can be determined by looking at the attachments shown on the attached pdf copy of those two emails.  Those emails were sent to the only email address we then had for you, mario.stoker@gmail.com, which email address, I am told, appeared on the website you had then posted for the domain of SolidHost.com.  (At that time the Registered Name Holder for SolidHost.com was listed as "WhoisGuard," an anonymity service owned by defendant NameCheap, Inc., who subsequently stated that you were the customer on whose behalf they had registered the SolidHost.com domain.)

After NameCheap thereafter disclosed to us the name and address you listed with them as your contact information, Mr. Randazza then sent a letter to you on September 22, 2008 at that address, which I sent out by Federal Express.  It included all the previously sent documents plus all newer ones filed in the case after Marc sent you the August 27th emails.  A pdf copy of that letter is also attached hereto.

However, I received an email from Federal Express informing me that the package we sent you on September 22, 2008 was undeliverable at the address you supplied to NameCheap as it was no longer a good address for you. At my request, they checked their records and found another addrees for you, and attempted to deliver the package to *that* address.  Unfortunately, Federal Express reported that that attempt was equally unsuccessful, again due to a no-longer-valid address.

Out of an abundance of caution, and so we will have made every possibly effort to contact you, this email is being sent to the email address you listed with defendant NameCheap.

Enclosed in this email (and numerous additional emails to follow immediately) are each of the following documents:

1. Summons directed to John Doe 1
2. Civil Cover Sheet

3.   Complaint
4.   Plaintiff's Certification as to Interested Parties
5.   Notice to Parties of ADR Pilot Program
6.   Application and Proposed Order to Appear Pro Hac Vice
7.   Ex Parte Application for TRO and OSC, Proposed TRO and OSC
8.   Declaration of Movant's Attorney in support of TRO and OSC
9.   Declaration of Andre Van Vliet in support of TRO and OSC
10.  Supplemental Declaration of Marc Randazza
11.  Supplemental Declaration of Andre Van Vliet
12.  Amended Memorandum of Points and Authorities in Support of Ex parte app. for TRO and OSC re Preliminary Injunction
13.  Actual court-issued TRO and OSC (Document # 14)
14.  Order Granting Application of Marc J. Randazza to Appear Pro Hac Vice
15.  Notice of Interested Parties filed by Defendant Demand Media, Inc.
16.  Notice of Compliance with Temporary Restraining Order filed by Defendant Demand Media, Inc.
17.  Proof of Service Executed by Plaintiff Solid Host, NL upon Demand Media
18.  Proof of Service Executed by Plaintiff Solid Host, NL upon NameCheap, Inc.
19.  Notice of Change of Attorney Information for Demand Media, Inc.
20.  Notice of Change of Attorney Information for Demand Media, Inc. re: Jeff Scott, Esq.
21.  Stipulation to Continue OSC from 09/04/08 to 09/17/08
22.  Notice of depositing cash deposit
23.  Defendant NameCheap's Certification of Interested Parties
24.  Granting Stipulation and Order
25.  Joint Application to Continue OSC Hearing from 9/17/08 to 10/15/08
26.  Order granting continuance of OSC Hearing
27.  Second Application to Continue OSC Hearing from 10/15/08 to 11/5/08
28.  Granting Stipulation and Order, continuing OSC Hearing until 11/10/08
29.  Stipulation for Extension of Time to file and Continue Hearing
30.  Order re: Stipulation
31.  Stipulation to Continue Hearing on Preliminary Injunction and related dates
32.  Order re: Stipulation
33.  Stipulation for Preliminary Injunction
34.  Order on Stipulation Preliminary Injunction
35.  Minutes of In Chambers Order
36.  Ex Part Application for Extension to File Amended Complaint and Responses Thereto
37.  Order Granting Ex Parte Application
38.  Amended Complaint
39.  Notice of Change of Attorney Information – Daniel D. Rubinstein
40.  Ex Party Application for Leave to File Second Amended Complaint
41.  Order Granting Leave to File Second Amended Complaint
42.  Second Amended Complaint
43.  Notice of Motion and Motion to Dismiss Second Amended Complaint - NameCheap
44.  Answer to Second Amended Complaint – eNom, Inc., Demand Media, Inc.
45.  Waiver of Service Returned Executed – eNom, Inc.
46.  In Chambers Order Advancing Briefing Schedule
47.  Ex Parte Application for Extension re: Response and Reply to NameCheap's Motion to Dismiss
48.  Order
49.  Opposition to Motion to Dismiss Second Amended Complaint
50.  Reply in Support of Motion to Dismiss Second Amended Complaint – NameCheap, Inc.
51.  Order Striking Motion for Judgment on the Pleadings
52.  Corrected Motion for Judgment on the Pleadings

53.   Minutes of Chambers Order
54.   Minutes of Defendant's Motion to Dismiss
55.   Order Denying Motion to Dismiss
56.   Answer to Amended Complaint - NameCheap, Inc.
57.   Minutes of Chambers Order Setting Scheduling Conference
58.   Ex Parte Application to Exceed Page Limitation for Response to Motion for Judgment on the Pleadings
59.   Memorandum of Points and Authorities in Support of Ex Parte Application to Exceed Page Limitation

Documents 1-5 are included in this e-mail.  Further documents to follow in subsequent e-mails.

**Jessica Aponte**
**Legal Assistant**
**Weston, Garrou, Walters & Mooney**
**781 Douglas Avenue**
**Altamonte Springs, FL 32714**
**(407) 975-9150 (Phone)**
**(407) 774-6151 (Fax)**
**www.FirstAmendment.com**
_____

**IMPORTANT NOTICE:  Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message.  This message is intended only for the individual or individuals to whom it is directed.  If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime.  No confidentiality or privilege is waived or lost by any misdirection of this message.  If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender by return e-mail.**

## Jessica Aponte

| | |
|---|---|
| **From:** | Jessica Aponte [jessica@firstamendment.com] |
| **Sent:** | Friday, May 29, 2009 11:08 AM |
| **To:** | 'marcelo@expanding.br.com' |
| **Cc:** | 'mrandazza@firstamendment.com'; 'Lisa@FirstAmendment.com' |
| **Subject:** | Solid Host, NL v. NameCheap, Inc., et al. - Case No. 08-05414, Central District of California (E-mail 2) |
| **Attachments:** | 005 MJR Application to Appear PHV.pdf; 005-2 Proposed Order re PHV.pdf; 006 Application for TRO.pdf; 006-2 Proposed TRO and OSC.pdf; 007 Declaration of MJR re TRO.pdf; 008 Declaration of AVV re TRO.pdf; 009 Supp. Declaration of MJR re TRO.pdf; 010 Supp. Declaration of AVV re TRO.pdf; 013 Amended Memo of P and A.pdf; 014 TRO and OSC re Preliminary Injunction.pdf; 017 N. Interested Parties.Demand Media.pdf; 019 Order granting PHV.pdf; 018 N. Compliance.pdf; 020 Proof of Service.Demand Media.pdf; 021 Proof of Service.NameCheap.pdf; 022 Change of Atty Info.Demand Media.pdf; 023 Notice of Change of Atty Info. Demand Media.pdf |

**Tracking:**

| Recipient | Read |
|---|---|
| 'marcelo@expanding.br.com' | |
| 'mrandazza@firstamendment.com' | |
| 'Lisa@FirstAmendment.com' | Read: 5/29/2009 11:20 AM |

Maria Ediluza de Souza:

Pursuant to my previous e-mail, the following documents, filed in the above-referenced case, are included in this e-mail:

6. Application and Proposed Order to Appear Pro Hac Vice
7. Ex Parte Application for TRO and OSC, Proposed TRO and OSC
8. Declaration of Movant's Attorney in support of TRO and OSC
9. Declaration of Andre Van Vliet in support of TRO and OSC
10. Supplemental Declaration of Marc Randazza
11. Supplemental Declaration of Andre Van Vliet
12. Amended Memorandum of Points and Authorities in Support of Ex parte app. for TRO and OSC re Preliminary Injunction
13. Actual court-issued TRO and OSC
14. Order Granting Application of Marc J. Randazza to Appear Pro Hac Vice
15. Notice of Interested Parties filed by Defendant Demand Media, Inc.
16. Notice of Compliance with Temporary Restraining Order filed by Defendant Demand Media, Inc.
17. Proof of Service Executed by Plaintiff Solid Host, NL upon Demand Media
18. Proof of Service Executed by Plaintiff Solid Host, NL upon NameCheap, Inc.
19. Notice of Change of Attorney Information for Demand Media, Inc.
20. Notice of Change of Attorney Information for Demand Media, Inc. re: Jeff Scott, Esq.

**Jessica Aponte**
**Legal Assistant**
**Weston, Garrou, Walters & Mooney**
**781 Douglas Avenue**
**Altamonte Springs, FL 32714**

**(407) 975-9150 (Phone)**
**(407) 774-6151 (Fax)**
**www.FirstAmendment.com**
_____

**IMPORTANT NOTICE:  Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message.  This message is intended only for the individual or individuals to whom it is directed.  If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime.  No confidentiality or privilege is waived or lost by any misdirection of this message.  If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender by return e-mail.**

## Jessica Aponte

| | |
|---|---|
| **From:** | Jessica Aponte [jessica@firstamendment.com] |
| **Sent:** | Friday, May 29, 2009 11:34 AM |
| **To:** | 'marcelo@expanding.br.com' |
| **Cc:** | 'mrandazza@firstamendment.com'; 'Lisa@FirstAmendment.com' |
| **Subject:** | Solid Host, NL v. NameCheap, Inc., et al. - Case No. 08-05414, Central District of California (4th and Final E-mail) |
| **Attachments:** | 047 M. Dismiss 2nd Amended Complaint, N. Motion.Namecheap.pdf; 047-2 Request Judicial Notice re 047.pdf; 047-3 Certificate of Service re 047.pdf; 049 Corrected Answer.2d Amended Complaint.eNom_Demand Media.pdf; 049-2 Exhibit A.pdf; 050 Waiver of Service.eNom_Demand Media.pdf; 051 - Order Advancing Briefing Schedule.pdf; 052 Ex Parte App. Ext. Time re Briefing Schedule.pdf; 052-2 Proposed Order.pdf; 053 - Order Extending Deadlines.pdf; 055 Memo in Opposition re M. Dismiss.pdf; 056 M. Judgment on the Pleadings.pdf; 056-2 Proposed Order.pdf; 057 Namecheap Reply in Support of M. Dismiss 2d Amended Complaint.pdf; 057-2 Certificate of Service.pdf; 058 Order Striking e-filed docs.pdf; 059 Corrected M. Judgment on the Pleadings.pdf; 059-2 Proposed Order.pdf; 060 Order Advancing Briefing Schedule.pdf; 061 M. Dismiss Under Advisement.pdf; 062 Order Denying M. Dismiss.pdf; 063 NameCheap's Answer to 2nd Amended Complaint.pdf; 064 Order re Scheduling Conference.pdf; 065 Ex Parte App re Exceed Page Limit.pdf; 066 Memo of P_A re 065.pdf |

Maria Ediluza de Souza:

Pursuant to my previous e-mail, the following documents, filed in the above-referenced case, are included in this e-mail:

43.  Notice of Motion and Motion to Dismiss Second Amended Complaint - NameCheap
44.  Answer to Second Amended Complaint – eNom, Inc., Demand Media, Inc.
45.  Waiver of Service Returned Executed – eNom, Inc.
46.  In Chambers Order Advancing Briefing Schedule
47.  Ex Parte Application for Extension re: Response and Reply to NameCheap's Motion to Dismiss
48.  Order
49.  Opposition to Motion to Dismiss Second Amended Complaint
50.  Reply in Support of Motion to Dismiss Second Amended Complaint – NameCheap, Inc.
51.  Order Striking Motion for Judgment on the Pleadings
52.  Corrected Motion for Judgment on the Pleadings
53.  Minutes of Chambers Order
54.  Minutes of Defendant's Motion to Dismiss
55.  Order Denying Motion to Dismiss
56.  Answer to Amended Complaint - NameCheap, Inc.
57.  Minutes of Chambers Order Setting Scheduling Conference
58.  Ex Parte Application to Exceed Page Limitation for Response to Motion for Judgment on the Pleadings
59.  Memorandum of Points and Authorities in Support of Ex Parte Application to Exceed Page Limitation

**Jessica Aponte**
**Legal Assistant**
**Weston, Garrou, Walters & Mooney**
**781 Douglas Avenue**
**Altamonte Springs, FL 32714**
**(407) 975-9150 (Phone)**

**(407) 774-6151 (Fax)**
**www.FirstAmendment.com**

**IMPORTANT NOTICE:  Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message.  This message is intended only for the individual or individuals to whom it is directed.  If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime.  No confidentiality or privilege is waived or lost by any misdirection of this message.  If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender by return e-mail.**

## Jessica Aponte

| | |
|---|---|
| **From:** | Jessica Aponte [jessica@firstamendment.com] |
| **Sent:** | Friday, May 29, 2009 11:36 AM |
| **To:** | 'marcelo@expanding.br.com' |
| **Cc:** | 'mrandazza@firstamendment.com'; 'Lisa@FirstAmendment.com' |
| **Subject:** | Solid Host, NL v. NameCheap, Inc., et al. - Case No. 08-05414, Central District of California (E-mail 3) |
| **Attachments:** | 024 Stipulation re TRO.pdf; 024-2 Proposed Order.pdf; 025 NameCheap's cert of interested parties.pdf; 026 Notice of depositing cash bond.pdf; 027 Order Granting Stipulation.pdf; 028 Stipulated Joint App re TRO_OSC.pdf; 028-2 Proposed Order.pdf; 030 Second App to Extend TRO.pdf; 030-2 Proposed Order.pdf; 031 Order granting extension of TRO hrg.pdf; 034 Stipulation to Extend TRO.pdf; 034-2 Proposed Order.pdf; 035 Order re TRO.pdf; 036 Stipulated Preliminary Injunction.pdf; 036-2 Proposed Order.pdf; 037 Order re Stipulation.pdf; 040 Ex Parte app re extension.Amended Complaint.pdf; 040-2 Proposed Order.pdf; 041 Order re Amended Complaint.pdf; 042 Amended Complaint.pdf; 043 N. Change of Attorney Information.pdf; 044 Ex Parte App re Second Amended Complaint.pdf; 044-2 Proposed Order.pdf; 044-3 Second Amended Complaint.pdf; 045 Order re Second Amended Complaint.pdf; 046 Second Amended Complaint.pdf |

Maria Ediluza de Souza:

Pursuant to my previous e-mail, the following documents, filed in the above-referenced case, are included in this e-mail:

21.   Stipulation to Continue OSC from 09/04/08 to 09/17/08
22.   Notice of depositing cash deposit
23.   Defendant NameCheap's Certification of Interested Parties
24.   Granting Stipulation and Order
25.   Joint Application to Continue OSC Hearing from 9/17/08 to 10/15/08
26.   Order granting continuance of OSC Hearing
27.   Second Application to Continue OSC Hearing from 10/15/08 to 11/5/08
28.   Granting Stipulation and Order, continuing OSC Hearing until 11/10/08
29.   Stipulation for Extension of Time to file and Continue Hearing
30.   Order re: Stipulation
31.   Stipulation to Continue Hearing on Preliminary Injunction and related dates
32.   Order re: Stipulation
33.   Stipulation for Preliminary Injunction
34.   Order on Stipulation Preliminary Injunction
35.   Minutes of In Chambers Order
36.   Ex Part Application for Extension to File Amended Complaint and Responses Thereto
37.   Order Granting Ex Parte Application
38.   Amended Complaint
39.   Notice of Change of Attorney Information – Daniel D. Rubinstein
40.   Ex Party Application for Leave to File Second Amended Complaint
41.   Order Granting Leave to File Second Amended Complaint
42.   Second Amended Complaint

**Jessica Aponte**
**Legal Assistant**
**Weston, Garrou, Walters & Mooney**

5/29/2009

**781 Douglas Avenue**
**Altamonte Springs, FL 32714**
**(407) 975-9150 (Phone)**
**(407) 774-6151 (Fax)**
**www.FirstAmendment.com**
_____

**IMPORTANT NOTICE:  Privileged and/or confidential information, including attorney-client communication and/or attorney work product may be contained in this message.  This message is intended only for the individual or individuals to whom it is directed.  If you are not an intended recipient of this message (or responsible for delivery of this message to such person), any dissemination, distribution or copying of this communication is strictly prohibited and may be a crime.  No confidentiality or privilege is waived or lost by any misdirection of this message.  If you received this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender by return e-mail.**

5/29/2009

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to defendant Doe by an email sent on this 30th day of July, 2009, to marcelo@expanding.br.com (the email address obtained from defendant NameCheap, and the last known email address for defendant Doe) and also to mario.stoker@gmail.com (the only email address for defendant Doe from which he is known to have communicated).

_____/s/_____
G. Randall Garrou

PRG7357.DOC