1  GREENBERG TRAURIG, LLP
   GREGORY A. NYLEN (SBN 151129)
2  WENDY M. MANTELL (SBN 225544)
3  2450 Colorado Avenue, Suite 400E
   Santa Monica, California 90404
4  Telephone: (310) 586-7700
   Facsimile: (310) 586-7800
5  Email: nyleng@gtlaw.com, mantellw@gtlaw.com

6  Attorneys for Defendants
7  eNom, Inc. and Demand Media, Inc.

8

9              UNITED STATES DISTRICT COURT
10
11          FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13 | SOLID HOST, NL,                         | CASE NO. CV 08-05414 MMM (Ex)
14 |                                          |
15 |           Plaintiff,                     | **DECLARATION OF WENDY M. MANTELL IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**
16 | vs.                                      |
17 | NAMECHEAP, INC., a Delaware              |
18 | Corp., d/b/a Namecheap and Whois         |
   | Guard Protected; DEMAND MEDIA,           |
19 | INC., a Washington Corp., with its       | Date:  August 17, 2009
   | principal place of business in Los       | Time:  10:00 a.m.
20 | Angeles, d/b/a eNom, and JOHN            | Judge: Hon. Margaret M. Morrow
   | DOE 1,                                   | Crtrm: 780
21 |                                          |
22 |           Defendants.                    |

23
24
25
26
27
28

DECLARATION OF WENDY M. MANTELL

LA 128,350,883v1 7-31-09

## DECLARATION OF WENDY M. MANTELL

I, Wendy M. Mantell, do declare:

1. I am an attorney in the law firm of Greenberg Traurig, LLP, counsel of record for eNom, Inc. and Demand Media, Inc. ("eNom") in the above-captioned action. I am licensed to practice law in the State of California. I have personal knowledge of the following facts, and would competently testify as to their truth if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of relevant pages from the Reporter's Transcript of Proceedings from Defendant's Motion for Judgment on the Pleadings, heard on June 15, 2009.

3. Attached hereto as Exhibit B is a true and correct copy of the ICANN Registrar Accreditation Agreement, dated May 17, 2001, that I printed from http://www.icann.org/en/registrars/ra-agreement-17may01.htm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 31st day of July, 2009 at Santa Monica, California.

/s/ Wendy M. Mantell
Wendy M. Mantell