1  **ROME & ASSOCIATES, A.P.C.**
   Eugene Rome (SBN 232780)
2  erome@romeandassociates.com
   1801 Century Park East, Suite 475
3  Los Angeles, California 90067
   Telephone: (310) 282-0690
4  Facsimile: (310) 282-0691

5  Attorneys for Defendant NAMECHEAP, INC.

6

7

8

9

10                  UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12

13  SOLID HOST, NL,                    CASE NO.: CV08-05414 MMM (EX)

14         Plaintiff,

15     vs.                              **STIPULATION OF DISMISSAL**

16  NAMECHEAP, INC., a Delaware
    Corp. d/b/a/ Namecheap and Whois
17  Guard Protected; DEMAND MEDIA,
    INC., a Washington Corp. with its
18  principal place of business in Los
    Angeles, d/b/a eNom, and JOHN DOE
19  1,

20         Defendants.

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**

1     It is hereby STIPULATED by and between Plaintiff Solid Host, N L ("Plaintiff") on the one hand and defendant NameCheap, Inc. d/b/a NameCheap.com and WhoisGuard ("NameCheap") on the other hand, that this action is dismissed with prejudice as to NameCheap only, pursuant to FRCP 41(a)(i)(A)(ii), which dismissal shall become effective on November 30, 2009.

    Plaintiff and NameCheap shall each bear their own respective attorneys' fees and costs, as incurred in this action.

Dated: November 20, 2009

**WESTON GARROU WALTERS AND MOONEY**

By: _____
JOHN H. WESTON
Attorneys for Plaintiff SOLID HOST, NL

Dated: November 20, 2009

**ROME & ASSOCIATES, A.P.C.**
Eugene Rome

By: _____
EUGENE ROME
Attorneys for Defendant NAMECHEAP, INC.

---

1

**STIPULATION OF DISMISSAL**